Records and Papers of the CLARK MUSIC COMPANY in His Custody. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent, v. FOURTEEN HUNDRED HERTEL AVENUE, INCORPORATED, and Others, Appellants.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

GEORGIA SNYDER, Respondent, v. RICHARD W. BAMBER, Defendant, and FRED E. HOPKINS, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding of negligence on the part of the appellant is against the weight of the evidence. All concur, except Thompson, J., who dissents and votes for affirmance, and Edgcomb, J., not voting.

STANLEY SNYDER, Respondent, v. RICHARD W. BAMBER, Defendant, and FRED E. HOPKINS, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding of negligence on the part of the appellant is against the weight of the evidence. All concur, except Thompson, J., who dissents and votes for affirmance, and Edgcomb, J., not voting.

JAMES BARRENCOTTO, Respondent, v. COCKER SAW COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements on the authority of *List* v. *Eastman Kodak Co.* (236 App. Div. 820) and *Wager* v. *White Star Candy Co., Inc.* (217 id. 316). All concur.

FRANCIS E. LEWIS, Respondent, v. WILLIAM T. KLINK and Others, Appellants. — Order modified by providing that the motion is denied unless the plaintiff moves the action for trial at the term of court appointed to be held in Chautauqua county commencing on the 7th day of May, 1934, and as modified, affirmed, without costs. All concur.

CHARLES L. BRIDGEMAN, Appellant, v. EDWARD L. ANDRUS and Another, Respondents.— Order affirmed, with ten dollars cost and disbursements. All concur.

EDNA BAUMAN and Another, Respondents, v. FRANK J. GINTHER and Another, Appellants.— Order modified by granting the consolidation of the three actions and as so modified affirmed, with ten dollars costs and disbursements to the appellants. We cannot see that any prejudice to any substantial right of any party can result from combining the three actions. All concur.

LAURA ANDERSON, Respondent, v. FRANK J. GINTHER and Another, Appellants. — Included in decision in companion case, *Bauman* v. *Ginther* (*ante*, p. 795).

MARY E. H. JONES, Respondent, v. SANFORD VAN WORMER, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CENTRAL RAILROAD COMPANY, Respondent, v. DELAMER DENISE and Others, as Assessors of the Town of Greece, Monroe County, N. Y., and WILBUR DEMING, Clerk of Said Town, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CENTRAL RAILROAD COMPANY, Respondent, v. CHARLES W. STRUSSENBERG and Others, as Assessors of the Town of Hamlin, Monroe County, and WALTER S. BULLARD, Clerk of Said Town, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur.